UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile: (706) 649-7790

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

July 23, 2009

**UPS NEXT DAY AIR**
**TRACKING NO: 1Z 394 922 01 9296 5706**
Ms. Tori Little
Georgia Supreme Court Clerk's Office
244 Washington Street, SW
Room # 572
Atlanta, Georgia 30334

Re:   State Auto Property and Casualty Company v. Sherry Matty, et al.
      Case Number: 4:08-CV-98 (CDL)

Dear Ms. Little:

Please find enclosed seven certified copies of the Court's order certifying the question. Also, please find enclosed documents to update the record, which include the motion for reconsideration filed on 7/22/09 and the court's text only order dated 7/23/09.

If you have any questions, you may contact me directly by dialing 706-653-2942.

Sincerely,

Gregory J. Leonard, Clerk

S:\Terrie L. Smith, Deputy Clerk

Enclosure