# REMITTITUR

## SUPREME COURT OF GEORGIA

Remittitur, Case No. S09Q1846                    Atlanta, March 01, 2010

The Honorable Supreme Court met pursuant to adjournment.

The following order was passed:

STATE AUTO PROPERTY AND CASUALTY COMPANY v. SHERRY

This case came before this court upon a question certified by the Federal District Court and after consideration, it is ordered that the case be returned to that court with the instruction contained in the attached opinion, filed this day.

All the Justices concur, except Hunstein, C. J., Carley, P. J., and Benham, J., who dissent.

Lower Court Case No.
408CV98



SUPREME COURT OF THE STATE OF GEORGIA

Clerk's Office, Atlanta  March 16, 2010

I hereby certify that the above is a true extract from the minutes of the Supreme Court of Georgia.
Witness my signature and the seal of said Court hereto affixed the day and year last above written.

_____, Clerk